■ In the Matter of DAVID M. LEE (Admitted as DAVID MURRAY LEE), a Suspended Attorney. [657 NYS2d 273] —Motions (1) for reargument or leave to appeal to the Court of Appeals, and (2) for a stay of the effective date of the order of suspension, or for

other related relief, are denied in their entirety. No opinion. Concur—Murphy, P. J., Rosenberger, Wallach, Nardelli and Rubin, JJ.